Eversheds Sutherland (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036-7703

D: +1 212.389.5068
F: +1 212.389.5099

kymberlykochis@
eversheds-sutherland.com

# EVERSHEDS SUTHERLAND

May 12, 2022

**Via CM/ECF and E-Mail**
Kevin P. Fitzpatrick, Esq.
Marschhausen & Fitzpatrick, PC
73 Heitz Place
Hicksville, NY 11801
Tel: (516) 747-8000
Fax: (516) 747-6439
kfitzpatrick@marschfitz.com

Re: *Pryce v. Progressive Corporation, et al.*
Case No. 1:19-cv-1467-RJD-RER

Dear Kevin,

We represent Defendants Progressive Corporation, Progressive Casualty Insurance Company, and Progressive Direct Insurance Company ("Progressive") in the above-captioned matter. Pursuant to this Court's electronic order granting the Parties' Proposed Scheduling Order (ECF No. 59-1) and the Court's local and judge's rules, enclosed please find a copy of Defendants' Motion to Stay Proceedings Pending Appeal and supporting memorandum of law.

Best regards,

Kymberly Kochis

Cc (via CM/ECF and Email):
John K. Weston
Sacks Weston LLC
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
Tel: (215) 925-8200
Fax: (267) 639-5422
jweston@sackslaw.com

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.