UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CECELIA PRYCE suing individually on her own behalf and representatively on behalf of a class of plaintiffs similarly situated,

    *Plaintiff*,

- against -

PROGRESSIVE CORPORATION; PROGRESSIVE CASUALTY INSURANCE COMPANY; and PROGRESSIVE DIRECT INSURANCE COMPANY,

    *Defendants*.

Case No.: 1:19-cv-01467

## JOINT MOTION TO AMEND SCHEDULING ORDER

Defendants and Plaintiff Cecelia Pryce (collectively, "the Parties") jointly and respectfully move this Court for an Order amending the current schedule as set forth below. The Parties agree and state as follows:

1. The Parties initially submitted a Joint Proposed Scheduling Order on March 16, 2023 (Dkt. No. 73), which was entered by Text Order on March 17, 2023 (Dkt. No. 74). Thereafter the Parties jointly moved to amend the Scheduling Order on July 13, 2023 (Dkt. No. 73) which was granted by Text Order on July 14, 2023 (Dkt. No. 75).

2. The Parties now jointly move for a further amendment of the Scheduling Order. As this Court is aware from the initial Joint Motion to Amend the Scheduling Order, prior to the close of fact discovery, the Parties served additional discovery. Given the breadth of the discovery sought and the fact that some of the discovery sought required that documents be obtained from third parties including government entities, the Parties require additional time to respond to the demands. In addition to the complexities that Defendant outlined in the prior motion, Defendant's

demands include requests for specific documents from plaintiff Cecelia Pryce regarding her income that can only be obtained from outside sources. Although requests have been made, responses from these outside sources are still pending. Because this discovery is necessary for complete responses, it impacts the entirety of the schedule in this case.

3. As such, the Parties request that the Scheduling Order be modified as set forth below:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Deadline to Respond to Defendant's Discovery Served on June 14, 2023 and Plaintiff's Discovery Served on June 15, 2023 | September 8, 2023 | November 15, 2023 |
| Plaintiff's Expert Report(s) Due | October 6, 2023 | December 15, 2023 |
| Defendant's Expert Report(s) Due | November 7, 2023 | January 30, 2024 |
| Expert Deposition Cut-off (both sides) | December 8, 2023 | February 15, 2024 |
| Dispositive Motions and Daubert Motions Due | January 23, 2024 | March 29, 2024 |
| Responses to Dispositive Motions and Daubert Motions Due | February 29, 2024 | May 17, 2024 |
| Replies to Dispositive Motions and Daubert Motions Due | March 22, 2024 | June 14, 2024 |

**WHEREFORE**, the Parties respectfully request that the Court enter an Order granting this Joint Motion to Amend the Scheduling Order.

Dated: September 6, 2023

| | |
|---|---|
| *s/ Kymberly Kochis* | *s/ Kevin P. Fitzpatrick* |
| Kymberly Kochis | Kevin P. Fitzpatrick, Esq. |
| **EVERSHEDS SUTHERLAND (US) LLP** | **MARSCHHAUSEN & FITZPATRICK, P.C.** |
| 1114 Avenue of Americas | 73 Heitz Place |
| The Grace Building, 40th Floor | Hicksville, NY 11801 |
| New York, New York 10036 | Tel: (516) 747-8000 |
| Telephone: (212) 389-5000 | Fax: (516) 747-6439 |

Facsimile: (212) 389-5099
kymkochis@eversheds-sutherland.com

*Attorneys for Defendants*

kfitzpatrick@marschfitz.com

John K. Weston
**SACKS WESTON DIAMOND, LLC**
1845 Walnut Street - Suite 1600
Philadelphia, PA 19103
Tel: (215) 925-8200
Fax: (267) 639-5422
jweston@sackslaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Joint Motion to Extend Case Management Deadlines** has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 6th day of September, 2023.

*s/ Kevin P. Fitzpatrick*
Kevin P. Fitzpatrick