UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CECELIA PRYCE suing individually on her own behalf and representatively on behalf of a class of plaintiffs similarly situated,

    *Plaintiff*,

- against -

PROGRESSIVE CORPORATION; PROGRESSIVE CASUALTY INSURANCE COMPANY; and PROGRESSIVE DIRECT INSURANCE COMPANY,

    *Defendants*.

Case No.: 1:19-cv-01467

## ORDER

AND NOW, this ____ day of _____, 2023, upon consideration of the Motion to Further Amend Scheduling Order, it is hereby ORDERED and DECREED that the Court approves the following schedule:

| Event | Deadline |
|---|---|
| Deadline to Respond to Defendant's Discovery Served on June 14, 2023 and Plaintiff's Discovery Served on June 15, 2023 | November 15, 2023 |
| Plaintiff's Expert Report(s) Due | December 15, 2023 |
| Defendant's Expert Report(s) Due | January 30, 2023 |
| Expert Deposition Cut-off (both sides) | February 15, 2024 |
| Dispositive Motions and Daubert Motions Due | March 29, 2024 |
| Responses to Dispositive Motions and Daubert Motions Due | May 17, 2024 |
| Replies to Dispositive Motions and Daubert Motions Due | June 14, 2024 |

**BY THE COURT:**

_____

49053488.1